BERNARD HIRSH, Appellant, v. JACOB GOLDSTEIN and Another, etc., Respondents.— Judgment entered upon a directed verdict reversed upon the law and a new trial granted, costs to appellant to abide the event. Lazansky, P. J., Rich

---

* Added by Laws of 1917, chap. 702.— [REP.

† See 222 App. Div. 690; Id. 757; *post*, p. 723.— [REP.

and Young, JJ., concur, being of opinion that there was a question of fact for the jury to determine as to whether there was probable cause for plaintiff's arrest. Kapper and Hagarty, JJ., dissent and vote to affirm.